**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RHOANNA LYN BROWN-BORGES, | No. 2:16-CV-2119-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On September 14, 2016, the court granted plaintiff's motion for leave to proceed in forma pauperis. That order required plaintiff to submit to the United States Marshal, within 15 days of the date of service of the order, a completed summons and copies of the complaint, and file a statement with the court that said documents have been submitted. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. More than 15 days have elapsed and plaintiff has not complied.

1 | Plaintiff shall show cause, in writing, within 30 days of the date of this order, why
2 | this action should not be dismissed for failure to submit service documents to the United States
3 | Marshall.  Plaintiff is again warned that failure to respond to this order may result in dismissal of
4 | the action for the reasons outlined above, as well as for failure to prosecute and comply with
5 | court rules and orders.  See id.
6 | IT IS SO ORDERED.

DATED: January 20, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE