# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RHOANNA LYN BROWN-BORGES,   No. 2:16-CV-2119-CMK

    Plaintiff,

  vs.   <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____ /

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. A review of the docket reflects that plaintiff has filed a dispositive motion. Therefore, the order to show cause issued on September 18, 2017, is hereby discharged. Defendant's cross-motion for summary judgment is due within 30 days of the date of this order.

    IT IS SO ORDERED.

DATED: January 24, 2018

                                _____
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE